IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ISAIAH J. GREGORY,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                             No. 16-cv-531-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 20, 2016 (Doc. 10), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                              BY:   s/*Caitlin Fischer*
                                            **Deputy Clerk**

Dated: July 21, 2016

                                      Digitally signed by Judge David R. Herndon
                                      Date: 2016.07.21 10:14:13 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT